IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| SHARLENE M. MARTIN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BLAIR, LLC, COMENITY BANK, and JOHN DOES 1-5,<br><br>　　　　Defendants. | CV 16–147–M–DLC<br><br>ORDER |

The Court having been notified of the settlement of this case, and it appearing that no issue remains for the Court's determination,

IT IS ORDERED that within 30 days of the date of this Order, the parties shall file a stipulation to dismiss together with a proposed order dismissing the case.

IT IS FURTHER ORDERED that all deadlines are VACATED and any pending motions are DENIED as moot. The jury trial scheduled for February 26, 2018, is VACATED.

DATED this 22nd day of June, 2017.

*/s/ Dana L. Christensen*
Dana L. Christensen, Chief Judge
United States District Court