IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION


FILED
JUL 13 2017
Clerk, U.S District Court
District Of Montana
Missoula

| | |
|---|---|
| SHARLENE M. MARTIN,<br><br>Plaintiff,<br><br>vs.<br><br>BLAIR, LLC, COMENITY BANK, and JOHN DOES 1-5,<br><br>Defendants. | CV 16–147–M–DLC<br><br>ORDER |

Pursuant to the Stipulation for Dismissal (Doc. 19),

IT IS ORDERED that this action is DISMISSED WITH PREJUDICE, the parties to bear their own costs and attorneys' fees.

Dated this 13th day of July, 2017.

Dana L. Christensen, Chief Judge
United States District Court

1